
No. 91–1347.  CURIALE, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, AS LIQUIDATOR OF UNION INDEMNITY INSURANCE COMPANY OF NEW YORK v. UNITED STATES.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Department of Treasury* v. *Fabe,* 508 U. S. 491 (1993).

No. 92–1436.  TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY ET AL. v. FUQUA INDUSTRIES, INC.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Concrete Pipe & Products of Cal., Inc.* v. *Construction Laborers Pension Trust for Southern Cal.,* 508 U. S. 602 (1993).

No. 92–7897.  BILLY-EKO v. UNITED STATES.  C. A. 2d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Acting Solicitor General in his brief for the United States filed May 28, 1993.

No. 92–8231.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Crosby* v. *United States,* 506 U. S. 255 (1993).